**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Otto G. PENA, Defendant–Appellant.**

**No. 13–13577**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 19, 2014.

Michelle Lee Schieber, Robert David McCullers, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Harvey Gee, Martin J. Vogelbaum, Cynthia W. Roseberry, Federal Public Defender's Office, Macon, GA, for Defendant–Appellant.

Otto G. Pena, Otisville, NY, pro se.

Before HULL, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Martin J. Vogelbaum, appointed counsel for Otto Pena in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Pena's conviction and sentence are **AFFIRMED.**